Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID OGUNNOIKI,** *individually and on behalf of all those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>**TOTAL MERCHANT RESOURCES NEW YORK INC.,**<br><br>Defendant. | **Case No.: 2:26-cv-03689-SK**<br><br>**Hon. Steve Kim, U.S. Magistrate Judge**<br><br>**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT AND DISMISS TOTAL MERCHANT RESOURCES NEW YORK INC.** |

Plaintiff David Ogunnoiki ("Plaintiff"), and Defendant Total Merchant Resources New York Inc. ("TMR New York"), and Total Merchant Resources LLC (“TMR LLC”) by and through undersigned counsel, hereby stipulate to the filing of Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

Through this Stipulation, Plaintiff will file a First Amended Complaint naming TMR LLC as the Defendant in place of TMR New York. The First Amended Complaint otherwise maintains the exact same claims and allegations asserted in the original Complaint.

The Complaint in this matter was filed on April 7, 2026. (ECF No. 1.) TMR New York filed its Answer on June 18, 2026 and asserted, among other defenses, that Plaintiff had sued the wrong party defendant. (ECF No. 15.) The parties have since agreed that TMR LLC should

be substituted as the Defendant in this action. The Court's Scheduling Order sets November 7, 2026 as the deadline to amend pleadings or add parties. (ECF No. 21.)

Accordingly, the parties stipulate that Plaintiff may file the First Amended Complaint, that the answer filed by TMR New York shall be deemed to be the answer of TMR LLC, and that TMR New York will be dismissed from this action without prejudice upon the filing of the First Amended Complaint. The amendment is timely and will not require modification of any other case deadline. There is no undue delay, bad faith, dilatory motive, or prejudice to any party.

Dated: September 30, 2026

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

/s/ Steven A. Soloway
**STEVEN A. SOLOWAY, ESQ.**
California Bar No. 130774
E-mail: Sas90265@gmail.com
Law Office of Steven Soloway
238 Fox Hills Drive
Thousand Oaks, CA 91361
Phone: (310) 729-5066

*Counsel for Defendant*

**ATTESTATION OF CONCURRENCE IN FILING (L.R. 5-4.3.4(a)(2)(i))**

I, Gerald D. Lane, Jr., am the ECF user whose ID and password are being used to file the foregoing Stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470